LONG, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Kate Long, as administratrix, et

against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.